Andrew S. Friedman (005425)
Francis J. Balint, Jr. (007699)
BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone:   (602) 274-1100
Facsimile:   (602) 274-1199
Email:       afriedman@bffb.com
             fbalint@bffb.com

William F. King (023941)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
Email:       bill.king@gknet.com

Don Bivens (005134)
DON BIVENS, PLLC
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
Telephone:   (602) 708-1450
Email:       don@donbivens.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kristen Stewart, | Case No.: CV-22-00818-PHX-DLR |
| Plaintiff, | **Plaintiff's Status Report** (Dkt. 11) |
| v. | |
| Aspen Group Incorporated, et al., | |
| Defendants. | |

Pursuant to the Court's Order of May 31, 2022 (Dkt. 11), Plaintiff Kristen Stewart through undersigned counsel respectfully submits this Status Report.

On May 31, 2022, counsel for Plaintiff and Defendants participated in a telephonic conference to discuss compliance with the Court's recent orders, scheduling of a conference

1  in accordance with Fed. R. Civ. P. 26(f), and other pretrial matters. Per the parties'
2  agreement, Defendants will file their Answer on or before June 10, 2022.

3      The parties have agreed to conduct the Rule 26(f) conference on June 14, 2022.

4      The parties also discussed Defendants' voluntary, confidential, and expedited
5  production to Plaintiff of information regarding the current number and financial
6  obligations of students at various stages of the Defendants' Pre-Licensure Bachelor of
7  Science in Nursing ("BSN") program, demographic information which all recognize have
8  implications for (a) subject matter jurisdiction under the Class Action Fairness Act of 2005,
9  (b) the nature and scope of any class sought to be certified in this action, and (c) the potential
10 for an early negotiated or mediated resolution of the dispute. Plaintiffs will in short order
11 provide Defendants with specific informational requests, and Defendants will respond as
12 quickly as reasonably possible. The parties view this informal informational exchange as a
13 means to expedite the resolution of this dispute, independent of and without altering the
14 ordinary pretrial procedures governed by Rules 16 and 26, *Federal Rules of Civil*
15 *Procedure*.

16     DATED this 2nd day of June, 2022.

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

/s/ *William F. King*
Andrew S. Friedman
Francis J. Balint, Jr.
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016

William F. King
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Rd.
Phoenix, Arizona 85016

Don Bivens
DON BIVENS PLLC
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2022, I electronically served the foregoing document on the below-named counsel vie electronic mail:

Robert R. Berk
Charles M. Callahan
Jones, Skelton & Hochuli P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
rberk@jshfirm.com
ccallahan@jshfirm.com

/s/ Cynthia Carlo